452 A.2d 68

Commonwealth ex rel. Warren v. Dobson, Appellant.

Petition for Allowance of Appeal Denied Feb. 22, 1983.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Judgment affirmed.